Gail E. Cohen (093210), gcohen@barwol.com
Sarah Houshiar (235084), shoushiar@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Plaintiff-in-Interpleader
Primerica Life Insurance Company, formerly known as Massachusetts Indemnity and Life Insurance Company

**RECEIVED**
SEP 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, formerly known as MASSACHUSETTS INDEMNITY AND LIFE INSURANCE COMPANY,<br><br>Plaintiff-in-Interpleader,<br><br>vs.<br><br>FRANCES J. VIRAY; MARLOWE VIRAY, DJARON VIRAY, KATREILLA VIRAY, a minor, RAILLAN VIRAY, a minor; and DOES 1 through 20, inclusive,<br><br>Defendants-in-Interpleader. | CASE NO.:<br><br>**[PROPOSED] ORDER DIRECTING DEPOSIT OF STAKE**<br><br>[FRCP Rule 22]<br><br>[Filed concurrently with Complaint-in-Interpleader, Notice of Deposit of Funds in Court Registry, Disclosure Statement and Notice of Interested Parties] |

Based upon the Complaint-In-Interpleader and Notice of Deposit of Funds into Court Registry, leave is hereby granted for Plaintiff-in-Interpleader Primerica Life Insurance Company, formerly known as Massachusetts Indemnity and Life Insurance Company ("Primerica"), to deposit with the Court Clerk check number 568775 in the amount of two hundred sixteen thousand four hundred ninety-three dollars and fifteen cents ($ 216,493.15), made payable to "Clerk of the United States Court for the Northern District of California," which represents that total amount of the disputed funds.

IT IS ORDERED that Primerica deposit with the Court Clerk the aforestated check made payable to "Clerk of the United States Court for the Northern District of California," totaling two hundred sixteen thousand four hundred ninety-three dollars and fifteen cents ($ 216,493.15), representing the life insurance benefits owed under the Deceased's (Donald R. Viray's), life insurance policy number 0420778112, plus interest credited from the date of death (May 19, 2006).

IT IS SO ORDERED.

DATE: September 22, 2008        By: _____
                                MAGISTRATE JUDGE OF THE DISTRICT COURT
                                EDWARD M. CHEN

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On **September 17, 2008**, I served the foregoing document(s) described as:

**[PROPOSED] ORDER DIRECTING DEPOSIT OF STAKE**

on the interested parties in this action by placing [ ] the original [ x ] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

[ X ] **BY MAIL**

    [ X ]    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ X ] **(FEDERAL)**    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **September 17, 2008**.

NAME: Susan Lincoln    _____
                                          (Signature)

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10406\028\08pleadings\proof.doc

# SERVICE LIST
*Primerica Life Insurance Company v. Viray*
USDC Case No.:

| | |
|---|---|
| Bryan Smith, Esq.<br>177 Bovet Road, Suite 600<br>San Mateo, CA 94402<br>Tel.: (650) 270-3517<br>Fax: (650) 341-1395 | Attorney for Defendant-in-Interpleader, Frances J. Viray |
| James D. Frangos, Esq.<br>Law Offices of James D. Frangos<br>411 Borel Avenue, Suite 500<br>San Mateo, CA 94402<br>Tel.: (650) 571-6035<br>Fax: (650) 345-9875 | Attorney for Defendants-in-Interpleader Marlowe Viray, Djaron Viray, Katreilla Viray, a minor; Raillan Viray, a minor |